# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON DENISE MCGUIRE, | Case No. 1:23-cv-01317-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 12) |
| Defendant. | |

On December 4, 2023, the parties submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from December 6, 2023, to January 8, 2024.  (ECF No. 12.)  The parties proffer good cause exists because Plaintiff's counsel has several merit briefs due and unexpectedly will be attending funeral services over multiple days.  The Court is satisfied that good cause exists to grant the stipulated extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 12) is GRANTED;

2. Plaintiff shall have until **January 8, 2024**, to file the motion for summary judgment; and

///

1

1      3.      All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be

2              modified accordingly.

3

4  IT IS SO ORDERED.

5  Dated:    **December 5, 2023**      _____
                                       UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28