# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON DENISE MCGUIRE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01317-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA<br><br>(ECF No. 21) |

Shannon Denise McGuire ("Plaintiff") filed the complaint in this action on September 5, 2023. (ECF No. 1.) On February 27, 2024, the Court entered the parties' stipulation agreeing to a voluntary remand of the matter pursuant to 42 U.S.C. § 405(g), remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 18, 19, 20.) On April 23, 2024, the parties filed a stipulation for the award of attorney fees in the amount of $6,500.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") and no costs under 28 U.S.C. §1920. (ECF No. 21.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id. at 3.)

///

///

///

///

1 | Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees under the EAJA in the amount of $6,500.00.

IT IS SO ORDERED.

Dated: **April 24, 2024**

_____
UNITED STATES MAGISTRATE JUDGE